# Notice Recipients

District/Off: 0756–3     User: admin     Date Created: 8/10/2020
Case: 20–70656–AKM–7A     Form ID: SF07043     Total: 76

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
tr    Stacy M. Wissel    tr_wissel_ecf@sbcglobal.net
aty    Kevin S Kinkade    kinkadeassociates@hotmail.com

                                           TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    George Linwood Farrington, Jr.    1017 N First Ave    Evansville, IN 47710
jdb    Jamie Ann Miller    1017 N First Ave    Evansville, IN 47710
15784407    ADT Security    3190 S Vaughn Way Ste 150    Aurora, CO 80014
15784408    AFNI    1310 Martin Luther King Drive    Bloomington, IL 61702
15784413    AT&T    Attn: Bankruptcy Dept.    2612 N Roan St    Johnson City, TN 37601–1708
15784409    American First Finance    PO Box 565848    Dallas, TX 75356
15804319    American First Finance    c/o Becket and Lee LLP    PO Box 3002    Malvern PA 19355–0702
15784410    American Medical Response    50 S Main St Ste 401    Akron, OH 44308
15784411    Andrew Martin    926 W Illinois Street    Evansville, IN 47710
15784412    Angela Sabater    142 Lakeside Drive    Saint Charles, IL 60174
15784414    Bay Area Credit Service    Northpark Town Center    4145 Shackleford Rd #330    Norcross, GA 30093
15784415    Business Revenue Systems, Inc.    PO Box 13077    Des Moines, IA 50310–0077
15784416    Capital One    Attn: Bankruptcy Dept.    PO Box 30285    Salt Lake City, UT 84130
15784417    Capital One Bank USA NA    15075 Capital One Drive 2nd Floor    Richmond, VA 23238
15784418    Centurion Federal Credit Union    PO Box 3787    Evansville, IN 47708
15784419    Cheryl Carson    c/o Bleecker, Brodey & Andrews    9247 N Meridian St Ste 101    Indianapolis, IN 46260
15784420    Commonwealth Finance    245 Main St    Dickson City, PA 18519
15784421    Crane Federal Credit Union    1 West Gate Drive    Odon, IN 47562
15784422    Credence Resource Management    PO Box 2300    Southgate, MI 48195
15784423    Credit Acceptance Corp    25505 W. Twelve Mile Rd Ste 3000    Southfield, MI 48034–8339
15784424    Credit Management LLP Corp    PO Box 118288    Carrollton, TX 75011
15784425    David Deep Law Office    PO Box 50    Henderson, KY 42419
15784426    David Shaw Esq    200 NW 9th St    Evansville, IN 47708
15784427    Deaconess Hospital    PO Box 152    Evansville, IN 47701–0152
15784428    Diversified Consultants, Inc.    PO Box 551268    Jacksonville, FL 32255
15784429    ERC    8014 Bayberry Road    Jacksonville, FL 32256
15784430    Evansville Radiology PC    350 W Columbia St Ste 420    Evansville, IN 47710
15784431    Evansville Water & Sewer Utility    1 NW Martin Luther King Blvd Room 104    Evansville, IN 47708
15784432    Fed Loan Servicing    PO Box 69184    Harrisburg, PA 17106–9184
15784433    Fifth Third Bank    Southern Indiana    PO Box 630900    Cincinnati, OH 45263–0900
15784435    GSH Physician Services, Inc.    1160 E St. Clair St    Vincennes, IN 47591–4853
15784434    Global Receivables Solutions, Inc.    2703 N Hwy 75    Sherman, TX 75090
15784436    Heights Finance    2015 N Green River Road    Evansville, IN 47715
15784437    Hoosier Accounts Service    2545 MJM Industrial Dr    Evansville, IN 47715
15784438    IC System, Inc.    PO Box 64437    St. Paul, MN 55164–0437
15784441    IRS    PO Box 7346    Philadelphia, PA 19101
15784439    Indiana Department Of Revenue    Bankruptcy Section    100 Senate Drive Room N240    Indianapolis, IN 46204–2217
15784440    Insight Communications    c/o TWC    104 S Woodburn Drive    Dothan, AL 36305
15784442    Jack Paulo    53 Davenport Street    Chicopee, MA 01013
15784443    JoAnn McCallister d/b/a Car Time    700 N Fulton    Evansville, IN 47710
15784444    Kahn, Dees, Donovan & Kahn    PO Box 3646    Evansville, IN 47735–3646
15784445    Keis George LLP    55 Public Square Suite 800    Cleveland, OH 44113
15784449    MH Acceptance Inc.    118 S 2nd Street    Elkhart, IN 46516
15784446    Maple Park Apartments    517 Broadway Street    C/O Bruce Kirchoff    Vincennes, IN 47591
15784447    Medical & Professional Collection Svc.    5055 Newburgh Plaza South    Newburgh, IN 47630
15784448    Melissa Farrington    121 S 8th Street    Boonville, IN 47601
15784450    Midland Funding LLC    320 E Big Beaver Rd Ste 300    Troy, MI 48083–1271
15784451    National Credit Systems    PO Box 312125    Atlanta, GA 31131
15784452    National Recovery Agency    2491 Paxton St    Harrisburg, PA 17111
15784453    Office Of The United States Attorney    Southern District of Indiana    10 West Market Street, Ste 2100    Indianapolis, IN 46204
15784454    Patricia Hagler    41050 Evans Ave    Evansville, IN 47713
15784455    Portfolio Recovery Associates, LLC    120 Corporate Blvd Ste 100    Norfolk, VA 23502
15784456    Professional & Business Collections Inc.    Kahn Dees Donovan Kahn    501 Main Street Suite 305    Evansville, IN 47708
15784457    Progressive Insurance Company    6300 Wilson Mills Rd    Mayfield Village, OH 44143
15784458    Progressive Leasing    256 West Data Drive    Draper, UT 84020

| | | | | |
|---|---|---|---|---|
| 15784459 | Progressive Paloverde Insurance Co | Processing Center – 27 | PO Box 55126 | Boston, MA 02205 |
| 15784460 | Receivables Performance Management LLC | 20816 44th Ave West | | Lynnwood, WA 98036 |
| 15784467 | SYNCB/Paypal Credit Card | fdba GECRB | PO Box 965005 | Orlando, FL 32896 |
| 15784461 | Social Security Administartion | 601 East 12th Street | Kansas City, MO 64106 | |
| 15784462 | Social Security Administration MATPSC | PO Box 2861 | Philadelphia, PA 19122 | |
| 15784463 | Social Security Administration SE | Southeastern Program Service Center | 2001 12th Avenue North | Birmingham, AL 35285 |
| 15784464 | Source Receivables Management | 4615 Dundas Dr Ste 102 | Greensboro, NC 27407 | |
| 15784465 | Spectrum | fdba Time Warner Cable–SWO Division | 104 South Woodburn Dr | Dothan, AL 36305 |
| 15784466 | Steve Goad Properties | 1406 Stringtown Rd | Evansville, IN 47711 | |
| 15784468 | The Crossing Apartments | Crossbridge Partnership | 7925 Crossbridge Dr | Indianapolis, IN 46226 |
| 15784469 | Triple S Enterprises Inc. | 201 E Florida St | Evansville, IN 47711 | |
| 15784470 | Twin Lakes MHP | 216 Deer Run | Evansville, IN 47712 | |
| 15784471 | US Dept. of Justice/US Attorney General | 950 Pennsylvania Avenue, NW | Washington, DC 20530–0001 | |
| 15784472 | Vectren Energy Delivery | Attn Sharon Armstrong | PO Box 209 | Evansville, IN 47702 |
| 15784473 | Webbank/Fingerhut | 6250 Ridgewood Rd | Saint Cloud, MN 56303 | |
| 15784474 | West Asset Management | PO Box 4332 | Houston, TX 77210 | |
| 15784475 | Wow Internet & Cable Billing | PO Box 4350 | Carol Stream, IL 60197 | |
| 15784476 | Ziemer Stayman Weitzel & Shoulders | 20 NW First Street 9th Fl | Evansville, IN 47706 | |

TOTAL: 73