```
                              United States Bankruptcy Court
                               Southern District of Indiana
In re:                                                                  Case No. 20-70656-AKM
George Linwood Farrington, Jr.                                          Chapter 7
Jamie Ann Miller
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0756-3           User: admin                 Page 1 of 3                  Date Rcvd: Aug 10, 2020
                               Form ID: SF07043            Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
db/jdb         +George Linwood Farrington, Jr.,    Jamie Ann Miller,    1017 N First Ave,
                 Evansville, IN 47710-1941
15804319        American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
15784409       +American First Finance,    PO Box 565848,    Dallas, TX 75356-5848
15784410       #+American Medical Response,    50 S Main St Ste 401,    Akron, OH 44308-1829
15784411       +Andrew Martin,    926 W Illinois Street,    Evansville, IN 47710-1166
15784414       +Bay Area Credit Service,    Northpark Town Center,    4145 Shackleford Rd #330,
                 Norcross, GA 30093-3541
15784417       +Capital One Bank USA NA,    15075 Capital One Drive 2nd Floor,    Richmond, VA 23238-1122
15784418       +Centurion Federal Credit Union,    PO Box 3787,    Evansville, IN 47736-3787
15784420       +Commonwealth Finance,    245 Main St,    Dickson City, PA 18519-1641
15784422       +Credence Resource Management,    PO Box 2300,    Southgate, MI 48195-4300
15784424       #+Credit Management LLP Corp,    PO Box 118288,    Carrollton, TX 75011-8288
15784426       +David Shaw Esq,    200 NW 9th St,    Evansville, IN 47708-1912
15784430       +Evansville Radiology PC,    350 W Columbia St Ste 420,    Evansville, IN 47710-1782
15784432        Fed Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
15784433        Fifth Third Bank,    Southern Indiana,    PO Box 630900,    Cincinnati, OH 45263-0900
15784435        GSH Physician Services, Inc.,    1160 E St. Clair St,    Vincennes, IN 47591-4853
15784437       +Hoosier Accounts Service,    2545 MJM Industrial Dr,    Evansville, IN 47715-8526
15784442       +Jack Paulo,   53 Davenport Street,    Chicopee, MA 01013-2808
15784443       +JoAnn McCallister d/b/a Car Time,    700 N Fulton,    Evansville, IN 47710-1575
15784444        Kahn, Dees, Donovan & Kahn,    PO Box 3646,    Evansville, IN 47735-3646
15784445       +Keis George LLP,    55 Public Square Suite 800,    Cleveland, OH 44113-1909
15784449       +MH Acceptance Inc.,    118 S 2nd Street,    Elkhart, IN 46516-3113
15784446       +Maple Park Apartments,    517 Broadway Street,    C/O Bruce Kirchoff,    Vincennes, IN 47591-2025
15784447        Medical & Professional Collection Svc.,    5055 Newburgh Plaza South,    Newburgh, IN 47630
15784448       +Melissa Farrington,    121 S 8th Street,    Boonville, IN 47601-1895
15784450        Midland Funding LLC,    320 E Big Beaver Rd Ste 300,    Troy, MI 48083-1271
15784453       +Office Of The United States Attorney,    Southern District of Indiana,
                 10 West Market Street, Ste 2100,    Indianapolis, IN 46204-3048
15784454        Patricia Hagler,    41050 Evans Ave,    Evansville, IN 47713
15784456       +Professional & Business Collections Inc.,    Kahn Dees Donovan Kahn,    501 Main Street Suite 305,
                 Evansville, IN 47708-1631
15784457       +Progressive Insurance Company,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
15784462       +Social Security Administration MATPSC,    PO Box 2861,    Philadelphia, PA 19122-0861
15784463       +Social Security Administration SE,    Southeastern Program Service Center,
                 2001 12th Avenue North,    Birmingham, AL 35285-0001
15784466       +Steve Goad Properties,    1406 Stringtown Rd,    Evansville, IN 47711-4670
15784468       +The Crossing Apartments,    Crossbridge Partnership,    7925 Crossbridge Dr,
                 Indianapolis, IN 46226-5223
15784469       +Triple S Enterprises Inc.,    201 E Florida St,    Evansville, IN 47711-4600
15784470       +Twin Lakes MHP,    216 Deer Run,    Evansville, IN 47712-9209
15784471        US Dept. of Justice/US Attorney General,    950 Pennsylvania Avenue, NW,
                 Washington, DC 20530-0001
15784474       +West Asset Management,    PO Box 4332,    Houston, TX 77210-4332
15784476       +Ziemer Stayman Weitzel & Shoulders,    20 NW First Street 9th Fl,    Evansville, IN 47708-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15784407       +E-mail/Text: amscbankruptcy@adt.com Aug 11 2020 01:59:32      ADT Security,
                 3190 S Vaughn Way Ste 150,    Aurora, CO 80014-3537
15784408       +EDI: AFNIRECOVERY.COM Aug 11 2020 05:43:00      AFNI,   1310 Martin Luther King Drive,
                 Bloomington, IL 61701-1465
15784413        EDI: CINGMIDLAND.COM Aug 11 2020 05:43:00      AT&T,   Attn: Bankruptcy Dept.,    2612 N Roan St,
                 Johnson City, TN 37601-1708
15784415        E-mail/Text: payments@brsi.net Aug 11 2020 01:59:33      Business Revenue Systems, Inc.,
                 PO Box 13077,   Des Moines, IA 50310-0077
15784416       +EDI: CAPITALONE.COM Aug 11 2020 05:43:00      Capital One,   Attn: Bankruptcy Dept.,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
15784419       +E-mail/Text: bankruptcy@bbanda.com Aug 11 2020 01:58:18      Cheryl Carson,
                 c/o Bleecker, Brodey & Andrews,    9247 N Meridian St Ste 101,    Indianapolis, IN 46260-1813
15784421       +E-mail/Text: llundy@cranecu.org Aug 11 2020 01:58:42      Crane Federal Credit Union,
                 1 West Gate Drive,    Odon, IN 47562-5617
15784423       +E-mail/Text: ebnnotifications@creditacceptance.com Aug 11 2020 01:58:26       Credit Acceptance Corp,
                 25505 W. Twelve Mile Rd Ste 3000,    Southfield, MI 48034-8331
15784425       +E-mail/Text: CHARLESDEEP@DEEPLAWOFFICES.COM Aug 11 2020 01:59:11      David Deep Law Office,
                 PO Box 50,    Henderson, KY 42419-0050
15784427        E-mail/Text: bncedi@deaconess.com Aug 11 2020 01:58:37      Deaconess Hospital,    PO Box 152,
                 Evansville, IN 47701-0152
15784428       +EDI: DCI.COM Aug 11 2020 05:48:00      Diversified Consultants, Inc.,    PO Box 551268,
                 Jacksonville, FL 32255-1268
15784429       +E-mail/Text: bknotice@ercbpo.com Aug 11 2020 01:59:03      ERC,   8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
```

```
District/off: 0756-3          User: admin              Page 2 of 3              Date Rcvd: Aug 10, 2020
                              Form ID: SF07043         Total Noticed: 71

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15784431      +E-mail/Text: DATAPROCESSING@EWSU.COM Aug 11 2020 01:59:56     Evansville Water & Sewer Utility,
               1 NW Martin Luther King Blvd Room 104,    Evansville, IN 47708-1850
15784434      +EDI: WESTASSET.COM Aug 11 2020 05:43:00      Global Receivables Solutions, Inc.,   2703 N Hwy 75,
               Sherman, TX 75090-2567
15784436      +E-mail/Text: michaelmills@heightsfinance.com Aug 11 2020 01:59:37     Heights Finance,
               2015 N Green River Road,    Evansville, IN 47715-1909
15784438       EDI: IIC9.COM Aug 11 2020 05:43:00      IC System, Inc.,   PO Box 64437,
               St. Paul, MN 55164-0437
15784439       E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 11 2020 01:59:54
               Indiana Department Of Revenue,    Bankruptcy Section,   100 Senate Drive Room N240,
               Indianapolis, IN 46204-2217
15784441      +EDI: IRS.COM Aug 11 2020 05:43:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
15784440      +E-mail/Text: DL-ICOMSBankruptcy@charter.com Aug 11 2020 01:59:20     Insight Communications,
               c/o TWC,   104 S Woodburn Drive,    Dothan, AL 36305-1020
15784451       E-mail/Text: bankruptcy@nationalcreditsystems.com Aug 11 2020 01:58:22
               National Credit Systems,    PO Box 312125,   Atlanta, GA 31131
15784452      +E-mail/Text: Bankruptcies@nragroup.com Aug 11 2020 01:59:54     National Recovery Agency,
               2491 Paxton St,    Harrisburg, PA 17111-1036
15784455       EDI: PRA.COM Aug 11 2020 05:43:00      Portfolio Recovery Associates, LLC,
               120 Corporate Blvd Ste 100,    Norfolk, VA 23502
15784458      +E-mail/Text: ecfbankruptcy@progleasing.com Aug 11 2020 01:59:07     Progressive Leasing,
               256 West Data Drive,    Draper, UT 84020-2315
15784459      +EDI: CCS.COM Aug 11 2020 05:43:00      Progressive Paloverde Insurance Co,
               Processing Center - 27,    PO Box 55126,   Boston, MA 02205-5126
15784460      +E-mail/Text: Supportservices@receivablesperformance.com Aug 11 2020 01:59:31
               Receivables Performance Management LLC,    20816 44th Ave West,   Lynnwood, WA 98036-7744
15784464       E-mail/Text: clientservices@sourcerm.com Aug 11 2020 01:59:24     Source Receivables Management,
               4615 Dundas Dr Ste 102,    Greensboro, NC 27407
15784467      +EDI: RMSC.COM Aug 11 2020 05:43:00      SYNCB/Paypal Credit Card,   fdba GECRB,   PO Box 965005,
               Orlando, FL 32896-5005
15784461      +E-mail/Text: chicago.bnc@ssa.gov Aug 11 2020 01:59:19     Social Security Administartion,
               601 East 12th Street,    Kansas City, MO 64106-2859
15784465      +E-mail/Text: dl-csgbankruptcy@charter.com Aug 11 2020 01:59:55     Spectrum,
               fdba Time Warner Cable-SWO Division,    104 South Woodburn Dr,   Dothan, AL 36305-1020
15784472      +E-mail/Text: bankruptcynotification@vectren.com Aug 11 2020 01:58:40
               Vectren Energy Delivery,    Attn Sharon Armstrong,   PO Box 209,   Evansville, IN 47702-0209
15784473      +EDI: BLUESTEM Aug 11 2020 05:43:00      Webbank/Fingerhut,   6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
15784475      +E-mail/Text: wow.bankruptcy@wowinc.com Aug 11 2020 01:59:57     Wow Internet & Cable Billing,
               PO Box 4350,   Carol Stream, IL 60197-4350
                                                                                              TOTAL: 32

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15784412     ##+Angela Sabater,    142 Lakeside Drive,   Saint Charles, IL 60174-7917
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0756-3          User: admin              Page 3 of 3             Date Rcvd: Aug 10, 2020
                              Form ID: SF07043         Total Noticed: 71
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
              Kevin S Kinkade    on behalf of Joint Debtor Jamie Ann Miller kinkadeassociates@hotmail.com,
               kinkadeandassociates@hotmail.com
              Kevin S Kinkade    on behalf of Debtor George Linwood Farrington, Jr.
               kinkadeassociates@hotmail.com, kinkadeandassociates@hotmail.com
              Stacy M. Wissel    tr_wissel_ecf@sbcglobal.net, IN57@ecfcbis.com
              U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF07043 (rev 10/2013)

In re:

**George Linwood Farrington Jr.**,
**Jamie Ann Miller**,
       Debtors.

Case No. **20−70656−AKM−7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on August 8, 2020, by Trustee Stacy M. Wissel.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** potential state and federal tax refund for 2020. Any objection to the proposed abandonment of property must be filed with the Court by August 24, 2020. Objections should comply with S.D.Ind. B−9013−1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after August 24, 2020.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by November 9, 2020 in order to share in any distribution from the estate.** Instructions for filing a proof a claim or obtaining a form can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  August 10, 2020

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court