UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | In Proceedings Under |
| George L. Farrington Jr. ) | Chapter 7 |
| Jamie A. Miller ) | |
| ) | Case No. 20-70656-AKM-7 |
| Debtors. ) | |

**MOTION TO AVOID JUDICIAL LIEN
AND NOTICE OF OBJECTION DEADLINE**

The Debtors George L. Farrington Jr. and Jamie A. Miller by and through their attorney Kevin S. Kinkade move the Court pursuant to 11 U.S.C. § 522(f) to avoid the lien of Deaconess Hospital Inc. in the following described real property located in Vanderburgh County, Indiana:

The South One-Half (½) of Lot Twelve (12) adjoining Lot Thirteen (13) and all of Lot Thirteen (13) in Block Two (2) in Heilman, an addition to the City of Evansville, as per plat thereof, recorded in Plat Book C, Page 299 in the Office of the Recorder of Vanderburgh County, Indiana.

More commonly known as 1017 North First Avenue, Evansville, Indiana.

In support of this motion the Debtors state as follows:

1. The Debtors filed this case on June 30, 2020, referred to as the "Petition Date."
2. The creditor obtained a judgment which is a lien on the real property described above. That judgment was obtained pre-petition on August 22, 2013 in Vanderburgh Superior Court under Cause Number 82D06-1306-SC-06049.
3. The value of the Property as of the Petition Date was $25,700.00.

The other liens on the Property are as as follows:

- Angela Sabater, land contract in the amount of $20,940.20.  The Debtors will not seek to remove this lien.
- Professional & Business Collections LLC as agent for Deaconess Hospital Inc., judgment lien in the amount of $2,210.52.  The Debtors will seek to remove this lien by separate motion.
- Jo Ann McCallister d/b/a Car Time, judgment lien in the amount of $1,520.00.  The Debtors will seek to remove this lien by separate motion.
- Midland Funding LLC as Successor in Interest to Capital Retail Bank as Issuer of Paypal credit card, judgment lien in the amount of $1,861.34.  The Debtors will seek to remove this lien by separate motion.
- Triple S Enterprises Inc., judgment lien in the amount of $4,254.33.  The Debtors will seek to remove this lien by separate motion.

4. The total amount of all other liens on the Property is $30,786.39.
5. The Creditor's lien is in the amount of $1,793.22.
6. The amount of the impaired exemption is $19,300.00.

7. The Property has been claimed as exempt. The lien impairs an exemption of the Debtors and is subject to avoidance under 11 U.S.C. §522(f).

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within 21 days of the date of this notice [or such other time as may be permitted by Fed.R. Bank.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/ express mail or in person at:

United States Bankruptcy Court
352 Federal Building
101 N.W. M.L. King Blvd.
Evansville, IN 47708

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is not timely filed, the requested relief may be granted.**

    **WHEREFORE**, the Debtors move the Court to enter an order avoiding creditor's judicial lien and granting such other relief as appropriate.

    /s/ Kevin S. Kinkade
Kevin S. Kinkade
KINKADE & ASSOCIATES
Attorney for Debtor
123 N.W. 4th Street, Suite 201
Evansville, IN 47708
(812) 434-4909
(812) 434-4831
kinkadeassociates@hotmail.com

**Certificate of Service**

    The undersigned hereby certifies that on August 24, 2020, a copy of the foregoing **Motion to Avoid Judicial Lien and Notice of Objection Deadline** was filed electronically. Notice of this filing will be delivered to the following concerned individuals electronically, through the Court's electronic case filing system. Parties may access this filing through said system.

| US TRUSTEE | Stacey Wissel |
|---|---|
| ustregion10.in.ecf@usdoj.gov | Chapter 7 Trustee |
|  | tr_wissel_ecf@sbcglobal.net |

The undersigned hereby certifies that a true and correct copy of the foregoing document was delivered to the following concerned individuals by U.S. Mail on this day, August 24, 2020.

| George L. Farrington Jr<br>Jamie A. Miller<br>1017 North First Ave<br>Evansville, IN 47710 | Alan H. Shovers<br>Kahn Dees Donovan Kahn<br>501 Main Street Suite 305<br>Evansville, IN 47708 | Highest Ranking Officer or Agent<br>of Deaconess Hospital Inc.<br>PO Box 152<br>Evansville, IN 47701-0152 |
|---|---|---|

/s/ Kevin S. Kinkade
Kevin S. Kinkade
Kinkade & Associates, P.C.
123 N W 4th Street Suite 201
Evansville, IN 47708
(812) 434-4909
(812) 434-4831
kinkadeassociates@hotmail.com