# Notice Recipients

District/Off: 0756–3          User: admin          Date Created: 10/07/2020
Case: 20–70656–AKM–7A         Form ID: b318        Total: 82

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee        ustpregion10.in.ecf@usdoj.gov
tr     Stacy M. Wissel     tr_wissel_ecf@sbcglobal.net
aty    Kevin S Kinkade     kinkadeassociates@hotmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          George Linwood Farrington, Jr.     1017 N First Ave     Evansville, IN 47710
jdb         Jamie Ann Miller     1017 N First Ave     Evansville, IN 47710
15846041    ADT LLC     3190 South Vaughn Way     Aurora, CO 80014
15784407    ADT Security     3190 S Vaughn Way Ste 150     Aurora, CO 80014
15784408    AFNI     1310 Martin Luther King Drive     Bloomington, IL 61702
15784413    AT&T     Attn: Bankruptcy Dept.     2612 N Roan St     Johnson City, TN 37601–1708
15784409    American First Finance     PO Box 565848     Dallas, TX 75356
15804319    American First Finance     c/o Becket and Lee LLP     PO Box 3002     Malvern PA 19355–0702
15784410    American Medical Response     50 S Main St Ste 401     Akron, OH 44308
15784411    Andrew Martin     926 W Illinois Street     Evansville, IN 47710
15784412    Angela Sabater     142 Lakeside Drive     Saint Charles, IL 60174
15784414    Bay Area Credit Service     Northpark Town Center     4145 Shackleford Rd #330     Norcross, GA 30093
15784415    Business Revenue Systems, Inc.     PO Box 13077     Des Moines, IA 50310–0077
15784416    Capital One     Attn: Bankruptcy Dept.     PO Box 30285     Salt Lake City, UT 84130
15784417    Capital One Bank USA NA     15075 Capital One Drive 2nd Floor     Richmond, VA 23238
15784418    Centurion Federal Credit Union     PO Box 3787     Evansville, IN 47708
15784419    Cheryl Carson     c/o Bleecker, Brodey & Andrews     9247 N Meridian St Ste 101     Indianapolis, IN 46260
15784420    Commonwealth Finance     245 Main St     Dickson City, PA 18519
15784421    Crane Federal Credit Union     1 West Gate Drive     Odon, IN 47562
15784422    Credence Resource Management     PO Box 2300     Southgate, MI 48195
15784423    Credit Acceptance Corp     25505 W. Twelve Mile Rd Ste 3000     Southfield, MI 48034–8339
15784424    Credit Management LLP Corp     PO Box 118288     Carrollton, TX 75011
15784425    David Deep Law Office     PO Box 50     Henderson, KY 42419
15784426    David Shaw Esq     200 NW 9th St     Evansville, IN 47708
15784427    Deaconess Hospital     PO Box 152     Evansville, IN 47701–0152
15834587    Deaconess Hospital, Inc.     c/o Kahn, Dees, Donovan & Kahn, LLP     P.O. Box 3646     Evansville, IN 47735–4773
15823674    Directv, LLC     by American InfoSource as agent     PO Box 5072     Carol Stream, IL 60197–5072
15784428    Diversified Consultants, Inc.     PO Box 551268     Jacksonville, FL 32255
15784429    ERC     8014 Bayberry Road     Jacksonville, FL 32256
15784430    Evansville Radiology PC     350 W Columbia St Ste 420     Evansville, IN 47710
15784431    Evansville Water & Sewer Utility     1 NW Martin Luther King Blvd Room 104     Evansville, IN 47708
15784432    Fed Loan Servicing     PO Box 69184     Harrisburg, PA 17106–9184
15784433    Fifth Third Bank     Southern Indiana     PO Box 630900     Cincinnati, OH 45263–0900
15784435    GSH Physician Services, Inc.     1160 E St. Clair St     Vincennes, IN 47591–4853
15784434    Global Receivables Solutions, Inc.     2703 N Hwy 75     Sherman, TX 75090
15784436    Heights Finance     2015 N Green River Road     Evansville, IN 47715
15784437    Hoosier Accounts Service     2545 MJM Industrial Dr     Evansville, IN 47715
15784438    IC System, Inc.     PO Box 64437     St. Paul, MN 55164–0437
15784441    IRS     PO Box 7346     Philadelphia, PA 19101
15784439    Indiana Department Of Revenue     Bankruptcy Section     100 Senate Drive Room N240     Indianapolis, IN 46204–2217
15784440    Insight Communications     c/o TWC     104 S Woodburn Drive     Dothan, AL 36305
15784442    Jack Paulo     53 Davenport Street     Chicopee, MA 01013
15784443    JoAnn McCallister d/b/a Car Time     700 N Fulton     Evansville, IN 47710
15834595    JoAnn McCallister d/b/a Car Time     c/o Kahn, Dees, Donovan & Kahn, LLP     P.O. Box 3646     Evansville, IN 47735–4773
15784444    Kahn, Dees, Donovan & Kahn     PO Box 3646     Evansville, IN 47735–3646
15784445    Keis George LLP     55 Public Square Suite 800     Cleveland, OH 44113
15822845    LVNV Funding, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603–0587
15784449    MH Acceptance Inc.     118 S 2nd Street     Elkhart, IN 46516
15784446    Maple Park Apartments     517 Broadway Street     C/O Bruce Kirchoff     Vincennes, IN 47591
15784447    Medical & Professional Collection Svc.     5055 Newburgh Plaza South     Newburgh, IN 47630
15784448    Melissa Farrington     121 S 8th Street     Boonville, IN 47601
15784450    Midland Funding LLC     320 E Big Beaver Rd Ste 300     Troy, MI 48083–1271
15833575    Midland Funding LLC     P.O. Box 2011     Warren MI 48090
15784451    National Credit Systems     PO Box 312125     Atlanta, GA 31131
15784452    National Recovery Agency     2491 Paxton St     Harrisburg, PA 17111

| ID | Name | Address |
|---|---|---|
| 15784453 | Office Of The United States Attorney | Southern District of Indiana   10 West Market Street, Ste 2100   Indianapolis, IN 46204 |
| 15784454 | Patricia Hagler | 41050 Evans Ave   Evansville, IN 47713 |
| 15784455 | Portfolio Recovery Associates, LLC | 120 Corporate Blvd Ste 100   Norfolk, VA 23502 |
| 15784456 | Professional & Business Collections Inc. | Kahn Dees Donovan Kahn   501 Main Street Suite 305   Evansville, IN 47708 |
| 15784457 | Progressive Insurance Company | 6300 Wilson Mills Rd   Mayfield Village, OH 44143 |
| 15784458 | Progressive Leasing | 256 West Data Drive   Draper, UT 84020 |
| 15784459 | Progressive Paloverde Insurance Co | Processing Center – 27   PO Box 55126   Boston, MA 02205 |
| 15784460 | Receivables Performance Management LLC | 20816 44th Ave West   Lynnwood, WA 98036 |
| 15784467 | SYNCB/Paypal Credit Card | fdba GECRB   PO Box 965005   Orlando, FL 32896 |
| 15784461 | Social Security Administartion | 601 East 12th Street   Kansas City, MO 64106 |
| 15784462 | Social Security Administration MATPSC | PO Box 2861   Philadelphia, PA 19122 |
| 15784463 | Social Security Administration SE | Southeastern Program Service Center   2001 12th Avenue North   Birmingham, AL 35285 |
| 15784464 | Source Receivables Management | 4615 Dundas Dr Ste 102   Greensboro, NC 27407 |
| 15784465 | Spectrum | fdba Time Warner Cable–SWO Division   104 South Woodburn Dr   Dothan, AL 36305 |
| 15784466 | Steve Goad Properties | 1406 Stringtown Rd   Evansville, IN 47711 |
| 15784468 | The Crossing Apartments | Crossbridge Partnership   7925 Crossbridge Dr   Indianapolis, IN 46226 |
| 15784469 | Triple S Enterprises Inc. | 201 E Florida St   Evansville, IN 47711 |
| 15784470 | Twin Lakes MHP | 216 Deer Run   Evansville, IN 47712 |
| 15784471 | US Dept. of Justice/US Attorney General | 950 Pennsylvania Avenue, NW   Washington, DC 20530–0001 |
| 15784472 | Vectren Energy Delivery | Attn Sharon Armstrong   PO Box 209   Evansville, IN 47702 |
| 15784473 | Webbank/Fingerhut | 6250 Ridgewood Rd   Saint Cloud, MN 56303 |
| 15784474 | West Asset Management | PO Box 4332   Houston, TX 77210 |
| 15784475 | Wow Internet & Cable Billing | PO Box 4350   Carol Stream, IL 60197 |
| 15784476 | Ziemer Stayman Weitzel & Shoulders | 20 NW First Street 9th Fl   Evansville, IN 47706 |

TOTAL: 79