United States Bankruptcy Court
Southern District of Indiana

In re:  Case No. 20-70656-AKM
George Linwood Farrington, Jr.  Chapter 7
Jamie Ann Miller
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0756-3      User: admin      Page 1 of 4
Date Rcvd: Oct 07, 2020      Form ID: b318      Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George Linwood Farrington, Jr., Jamie Ann Miller, 1017 N First Ave, Evansville, IN 47710-1941 |
| 15804319 | | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15784409 | + | American First Finance, PO Box 565848, Dallas, TX 75356-5848 |
| 15784410 | #+ | American Medical Response, 50 S Main St Ste 401, Akron, OH 44308-1829 |
| 15784411 | + | Andrew Martin, 926 W Illinois Street, Evansville, IN 47710-1166 |
| 15784414 | + | Bay Area Credit Service, Northpark Town Center, 4145 Shackleford Rd #330, Norcross, GA 30093-3541 |
| 15784417 | + | Capital One Bank USA NA, 15075 Capital One Drive 2nd Floor, Richmond, VA 23238-1122 |
| 15784418 | + | Centurion Federal Credit Union, PO Box 3787, Evansville, IN 47736-3787 |
| 15784420 | + | Commonwealth Finance, 245 Main St, Dickson City, PA 18519-1641 |
| 15784424 | #+ | Credit Management LLP Corp, PO Box 118288, Carrollton, TX 75011-8288 |
| 15784426 | + | David Shaw Esq, 200 NW 9th St, Evansville, IN 47708-1912 |
| 15834587 | + | Deaconess Hospital, Inc., c/o Kahn, Dees, Donovan & Kahn, LLP, P.O. Box 3646, Evansville, IN 47735-3646 |
| 15784430 | + | Evansville Radiology PC, 350 W Columbia St Ste 420, Evansville, IN 47710-1782 |
| 15784432 | | Fed Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 15784433 | | Fifth Third Bank, Southern Indiana, PO Box 630900, Cincinnati, OH 45263-0900 |
| 15784435 | | GSH Physician Services, Inc., 1160 E St. Clair St, Vincennes, IN 47591-4853 |
| 15784437 | + | Hoosier Accounts Service, 2545 MJM Industrial Dr, Evansville, IN 47715-8526 |
| 15784442 | + | Jack Paulo, 53 Davenport Street, Chicopee, MA 01013-2808 |
| 15834595 | + | JoAnn McCallister d/b/a Car Time, c/o Kahn, Dees, Donovan & Kahn, LLP, P.O. Box 3646, Evansville, IN 47735-3646 |
| 15784443 | + | JoAnn McCallister d/b/a Car Time, 700 N Fulton, Evansville, IN 47710-1575 |
| 15784444 | | Kahn, Dees, Donovan & Kahn, PO Box 3646, Evansville, IN 47735-3646 |
| 15784445 | + | Keis George LLP, 55 Public Square Suite 800, Cleveland, OH 44113-1909 |
| 15784449 | + | MH Acceptance Inc., 118 S 2nd Street, Elkhart, IN 46516-3113 |
| 15784446 | + | Maple Park Apartments, 517 Broadway Street, C/O Bruce Kirchoff, Vincennes, IN 47591-2025 |
| 15784447 | | Medical & Professional Collection Svc., 5055 Newburgh Plaza South, Newburgh, IN 47630 |
| 15784448 | + | Melissa Farrington, 121 S 8th Street, Boonville, IN 47601-1895 |
| 15784450 | | Midland Funding LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 15784453 | + | Office Of The United States Attorney, Southern District of Indiana, 10 West Market Street, Ste 2100, Indianapolis, IN 46204-3048 |
| 15784454 | | Patricia Hagler, 41050 Evans Ave, Evansville, IN 47713 |
| 15784456 | + | Professional & Business Collections Inc., Kahn Dees Donovan Kahn, 501 Main Street Suite 305, Evansville, IN 47708-1631 |
| 15784457 | + | Progressive Insurance Company, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 15784462 | + | Social Security Administration MATPSC, PO Box 2861, Philadelphia, PA 19122-0861 |
| 15784463 | + | Social Security Administration SE, Southeastern Program Service Center, 2001 12th Avenue North, Birmingham, AL 35285-0001 |
| 15784466 | + | Steve Goad Properties, 1406 Stringtown Rd, Evansville, IN 47711-4670 |
| 15784468 | + | The Crossing Apartments, Crossbridge Partnership, 7925 Crossbridge Dr, Indianapolis, IN 46226-5223 |
| 15784469 | + | Triple S Enterprises Inc., 201 E Florida St, Evansville, IN 47711-4600 |
| 15784470 | + | Twin Lakes MHP, 216 Deer Run, Evansville, IN 47712-9209 |
| 15784471 | | US Dept. of Justice/US Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| 15784474 | + | West Asset Management, PO Box 4332, Houston, TX 77210-4332 |
| 15784476 | + | Ziemer Stayman Weitzel & Shoulders, 20 NW First Street 9th Fl, Evansville, IN 47708-1201 |

TOTAL: 40

| District/off: 0756-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: b318 | Total Noticed: 77 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15846041 | + | Email/Text: amscbankruptcy@adt.com | Oct 07 2020 23:05:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 15784407 | + | Email/Text: amscbankruptcy@adt.com | Oct 07 2020 23:05:00 | ADT Security, 3190 S Vaughn Way Ste 150, Aurora, CO 80014-3537 |
| 15784408 | + | EDI: AFNIRECOVERY.COM | Oct 08 2020 02:33:00 | AFNI, 1310 Martin Luther King Drive, Bloomington, IL 61701-1465 |
| 15784413 | | EDI: CINGMIDLAND.COM | Oct 08 2020 02:33:00 | AT&T, Attn: Bankruptcy Dept., 2612 N Roan St, Johnson City, TN 37601-1708 |
| 15784415 | | Email/Text: payments@brsi.net | Oct 07 2020 23:05:00 | Business Revenue Systems, Inc., PO Box 13077, Des Moines, IA 50310-0077 |
| 15784416 | + | EDI: CAPITALONE.COM | Oct 08 2020 02:33:00 | Capital One, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15784419 | + | Email/Text: bankruptcy@bbanda.com | Oct 07 2020 23:03:00 | Cheryl Carson, c/o Bleecker, Brodey & Andrews, 9247 N Meridian St Ste 101, Indianapolis, IN 46260-1813 |
| 15784421 | + | Email/Text: llundy@cranecu.org | Oct 07 2020 23:04:00 | Crane Federal Credit Union, 1 West Gate Drive, Odon, IN 47562-5617 |
| 15784422 | + | Email/Text: bankruptcy@credencerm.com | Oct 07 2020 23:05:00 | Credence Resource Management, PO Box 2300, Southgate, MI 48195-4300 |
| 15784423 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 07 2020 23:04:00 | Credit Acceptance Corp, 25505 W. Twelve Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 15784425 | + | Email/Text: CHARLESDEEP@DEEPLAWOFFICES.COM | Oct 07 2020 23:04:00 | David Deep Law Office, PO Box 50, Henderson, KY 42419-0050 |
| 15784427 | | Email/Text: bncedi@deaconess.com | Oct 07 2020 23:04:00 | Deaconess Hospital, PO Box 152, Evansville, IN 47701-0152 |
| 15823674 | | EDI: DIRECTV.COM | Oct 08 2020 02:33:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15784428 | + | EDI: DCI.COM | Oct 08 2020 02:33:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 15784429 | + | Email/Text: bknotice@ercbpo.com | Oct 07 2020 23:04:00 | ERC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15784431 | + | Email/Text: DATAPROCESSING@EWSU.COM | Oct 07 2020 23:05:00 | Evansville Water & Sewer Utility, 1 NW Martin Luther King Blvd Room 104, Evansville, IN 47708-1850 |
| 15784434 | + | EDI: WESTASSET.COM | Oct 08 2020 02:33:00 | Global Receivables Solutions, Inc., 2703 N Hwy 75, Sherman, TX 75090-2567 |
| 15784436 | + | Email/Text: michaelmills@heightsfinance.com | Oct 07 2020 23:05:00 | Heights Finance, 2015 N Green River Road, Evansville, IN 47715-1909 |
| 15784438 | | EDI: IIC9.COM | Oct 08 2020 02:33:00 | IC System, Inc., PO Box 64437, St. Paul, MN 55164-0437 |
| 15784439 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Oct 07 2020 23:05:00 | Indiana Department Of Revenue, Bankruptcy Section, 100 Senate Drive Room N240, Indianapolis, IN 46204-2217 |
| 15784441 | + | EDI: IRS.COM | Oct 08 2020 02:33:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15784440 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | Oct 07 2020 23:05:00 | Insight Communications, c/o TWC, 104 S Woodburn Drive, Dothan, AL 36305-1020 |
| 15822845 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2020 22:57:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 20-70656-AKM-7A  Doc 33  Filed 10/09/20  EOD 10/10/20 00:27:11  Pg 3 of 6

| District/off: 0756-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: b318 | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| 15833575 | + | EDI: MID8.COM | Oct 08 2020 02:33:00 | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |
| 15784451 | | Email/Text: bankruptcy@nationalcreditsystems.com | Oct 07 2020 23:04:00 | National Credit Systems, PO Box 312125, Atlanta, GA 31131 |
| 15784452 | + | Email/Text: Bankruptcies@nragroup.com | Oct 07 2020 23:05:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15784455 | | EDI: PRA.COM | Oct 08 2020 02:33:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15784458 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 07 2020 23:04:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 15784459 | + | EDI: CCS.COM | Oct 08 2020 02:33:00 | Progressive Paloverde Insurance Co, Processing Center - 27, PO Box 55126, Boston, MA 02205-5126 |
| 15784460 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 07 2020 23:05:00 | Receivables Performance Management LLC, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 15784464 | | Email/Text: clientservices@sourcerm.com | Oct 07 2020 23:05:00 | Source Receivables Management, 4615 Dundas Dr Ste 102, Greensboro, NC 27407 |
| 15784467 | + | EDI: RMSC.COM | Oct 08 2020 02:33:00 | SYNCB/Paypal Credit Card, fdba GECRB, PO Box 965005, Orlando, FL 32896-5005 |
| 15784461 | + | Email/Text: chicago.bnc@ssa.gov | Oct 07 2020 23:05:00 | Social Security Administartion, 601 East 12th Street, Kansas City, MO 64106-2859 |
| 15784465 | + | Email/Text: dl-csgbankruptcy@charter.com | Oct 07 2020 23:05:00 | Spectrum, fdba Time Warner Cable-SWO Division, 104 South Woodburn Dr, Dothan, AL 36305-1020 |
| 15784472 | + | Email/Text: bankruptcynotification@vectren.com | Oct 07 2020 23:04:25 | Vectren Energy Delivery, Attn Sharon Armstrong, PO Box 209, Evansville, IN 47702-0209 |
| 15784473 | + | EDI: BLUESTEM | Oct 08 2020 02:33:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 15784475 | + | Email/Text: wow.bankruptcy@wowinc.com | Oct 07 2020 23:05:00 | Wow Internet & Cable Billing, PO Box 4350, Carol Stream, IL 60197-4350 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15784412 | ##+ | Angela Sabater, 142 Lakeside Drive, Saint Charles, IL 60174-7917 |
| jdb | *+ | Jamie Ann Miller, 1017 N First Ave, Evansville, IN 47710-1941 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0756-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 07, 2020 | Form ID: b318 | Total Noticed: 77 |
| Date: Oct 09, 2020 | Signature: /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

**Name**     **Email Address**

Kevin S Kinkade
on behalf of Joint Debtor Jamie Ann Miller kinkadeassociates@hotmail.com  kinkadeandassociates@hotmail.com

Kevin S Kinkade
on behalf of Debtor George Linwood Farrington Jr. kinkadeassociates@hotmail.com, kinkadeandassociates@hotmail.com

Stacy M. Wissel
tr_wissel_ecf@sbcglobal.net  IN57@ecfcbis.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **George Linwood Farrington Jr.**<br>Name | Social Security number or ITIN: | xxx–xx–8880 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | **Jamie Ann Miller**<br>Name | Social Security number or ITIN: | xxx–xx–8250 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | | | |
| Case number: | 20–70656–AKM–7A | | |

# Order of Discharge

12/2015

**IT IS ORDERED** that a discharge under 11 U.S.C. § 727 is granted to the following debtors:

George Linwood Farrington Jr.          Jamie Ann Miller
                                        Jamie Ann Farrington
                                        Jamie Ann Perkins

Dated: **October 7, 2020**          By the court: /s/ Andrea K. McCord
                                        Judge, U.S. Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay the debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Pursuant to 11 U.S.C. § 524(c) or (f), this order does not prevent the debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement.

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property, special rules protect certain community property owned by the debtors' spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Explanation of Bankruptcy Discharge in a Chapter 7 Case (continued)**

**Some debts are not discharged**
Examples of debts that are not discharged are listed below:

- Debts that are domestic support obligations.

- Debts for most student loans.

- Debts for most taxes.

- Debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case.

- Debts for most fines, penalties, forfeitures, or criminal restitution obligations.

- Some debts which the debtors did not properly list.

- Debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans.

- Debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**