IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | In Proceedings Under |
| George Farrington, Jr | ) | Chapter 7 |
| Jamie Miller | ) | |
| | ) | |
| Debtors. | ) | 20-70656-AKM-7A |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR**

  NOW COMES the law office of Kevin S. Kinkade, on behalf of Debtors, George Farrington, Jr and Jamie Miller, hereby giving a notice of a change of address for Creditor. The new address is as follows:

**OLD Address**
**Steve Goad Properties**
**1406 Stringtown Rd**
**Evansville, IN 47711**


**NEW Address**
**Steve Goad Properties**
**1644 W New Hope Rd.**
**Boonville, IN 47601**


Respectfully submitted,

/s/ Kevin S. Kinkade
Kevin S. Kinkade
Kinkade & Associates, P.C.
123 N W 4th Street Suite 201
Evansville, IN 47708
(812) 434- 4909
(812) 434- 4831 FAX
kinkadeassociates@hotmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **In Proceedings Under** |
| **George Farrington, Jr** | ) | **Chapter 7** |
| **Jamie Miller** | ) | |
| | ) | |
| Debtors. | ) | 20-70656-AKM-7A |
| | ) | |

**CERTIFICATE OF SERVICE (AND NOTICE OF § 523 BAR DATE)
ON CREDITORS WITH NEW ADDRESSES**

The undersigned hereby certifies that the following documents have been served upon the creditor as to whom an address has been added or changed and listed via electronically or by first class mail, postage prepaid on this today's November 18, 2020:

X    Order of Discharge

I hereby certify that on today's November 18, 2020, a copy of the foregoing change of address was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the court's system.

served via electronically on the following:

US Trustee
**ustpregion10.in.ecf@usdoj.gov**

Stacy M. Wissel
Chapter 7 Trustee
tr_wissel_ecf@sbcglobal.net; IN57@ecfcbis.com

I further certify that on today's November 18, 2020, a copy of the foregoing Order of Discharge was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

**Steve Goad Properties
1644 W New Hope Rd.
Boonville, IN 47601**

Respectfully submitted,

/s/ Kevin S. Kinkade
Kevin S. Kinkade
Kinkade & Associates, P.C.
123 N W 4th Street Suite 201
Evansville, IN 47708
(812) 434- 4909
(812) 434- 4831 FAX
kinkadeassociates@hotmail.com